No. 153. WILLIAMS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Coleman Gangel* and *Joseph E. Brill* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 155. ESTATE STOVE Co. ET AL. *v.* GENERAL MOTORS CORP. ET AL. C. A. 6th Cir. Certiorari denied. *Morris Kirschstein* for petitioners. *Harry W. Lindsey, Jr.* for respondents.

No. 157. BURGESS BATTERY Co. *v.* MARZALL (WATSON SUBSTITUTED), COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *George I. Haight* and *Clarence M. Fisher* for petitioner. *Acting Solicitor General Davis, Assistant Attorney General Burger, Paul A. Sweeney* and *Herman Marcuse* for respondent.

No. 158. LOWDERMILK *v.* OHIO OIL Co. C. A. 7th Cir. Certiorari denied. *Garrett W. Olds* and *Asa J. Smith* for petitioner. *Hubert Hickam* and *Thomas M. Scanlon* for respondent.

No. 161. GAZAN *v.* CORBETT ET AL., CONSTITUTING THE ZONING BOARD OF APPEALS OF THE TOWN OF BROOKHAVEN. Court of Appeals of New York. Certiorari denied. *Simone N. Gazan* and *Charles A. Ellis* for petitioner. *Robert H. Pelletreau* for respondents.

No. 162. ECK ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Milton Gould* for petitioners. *Acting Solicitor General Stern,*